Kathleen J. England, NV Bar #206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: 702.529.2311
Email: kengland@gilbertenglandlaw.com

*Attorneys for Plaintiff, Najia Zaidi*

Patrick H. Hicks, Esq., Bar #4632
Sandra Ketner, Esq., Bar #8527
Marcus B. Smith, Esq., Bar #12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Phone: 702.862.8800
Email: phicks@littler.com
Email: sketner@littler.com
Email: mbsmith@littler.com

*Attorneys for Defendants, Bellagio, LLC
and MGM Resorts International*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAJIA ZAIDI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BELLAGIO, LLC, a Nevada limited liability corporation, d/b/a BELLAGIO HOTEL & CASINO; MGM RESORTS INTERNATIONAL, a Delaware corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:17-cv-02852-APG-CWH<br><br>**ORDER**<br><br>**JOINT STIPULATION TO EXTEND PARTIES' DEADLINES FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF No. 7)**<br><br>**(First Request)** |

　　　　At Plaintiff's request, Plaintiff Najia Zaidi ("Plaintiff") and Defendants, Bellagio, LLC and MGM Resorts International ("Defendants"), through their respective undersigned counsel, hereby stipulate to request this Court for a two (2) day extension for Plaintiff to file her response to Defendants' motion to dismiss (ECF No. 7, filed on November 21, 2017). Plaintiff's response

is due Tuesday, December 5, 2017 under Local Rule 7-2(b). Plaintiff is seeking a two (2) day extension to December 7, 2017 to allow Plaintiff's counsel to attend to an unexpected emergency arising on December 4, 2017, taking her out of state for the next two days. Defendants' counsel has graciously agreed to extend the professional courtesy of an extension requested by Plaintiff's counsel. Thus, if this extension is allowed, the deadline for Defendants to reply in support of their motion to dismiss is seven (7) days thereafter, making Defendants' reply due on or before December 14, 2017.

This is the first stipulation for extension of time for this response and it will not unduly impede or delay the progress of this case.

Respectfully submitted,

| | |
|---|---|
| Dated: December 5, 2017 | Dated: December 5, 2017 |
| GILBERT & ENGLAND LAW FIRM | LITTLER MENDELSON, P.C. |
| By: /s/ | By: /s/ |
| Kathleen J. England, NV Bar #206 | Patrick H. Hicks, Esq., Bar #4632 |
| 610 South Ninth Street | Sandra Ketner, Esq., Bar #8527 |
| Las Vegas, Nevada 89101-7013 | Marcus B. Smith, Esq., Bar #12098 |
| | 3960 Howard Hughes Parkway, Suite 300 |
| *Attorneys for Plaintiff,* | Las Vegas, NV 89169-5937 |
| *NAJIA ZAIDI* | |
| | *Attorneys for Defendants,* |
| | *BELLAGIO, LLC AND* |
| | *MGM RESORTS INTERNATIONAL* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 5, 2017.