PATRICK H. HICKS, ESQ., Bar # 004632
SANDRA KETNER, ESQ., Bar # 8527
MARCUS B. SMITH, ESQ., Bar # 12098
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com
Email: mbsmith@littler.com

*Attorneys for Defendants*
*Bellagio, LLC and MGM Resorts International*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAJIA ZAIDI,<br><br>   Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC a Nevada limited liability corporation, d/b/a BELLAGIO HOTEL & CASINO; MGM RESORTS INTERNATIONAL, a Delaware corporation; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>   Defendants. | Case No. 2:17-cv-02852-APG-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: January 15, 2018

_____
Kathleen J. England, Esq.
GILBERT & ENGLAND LAW FIRM

Attorneys for Plaintiff
NAJIA ZAIDI

Dated: January 15, 2018

_____
PATRICK HICKS
SANDRA KETNER
MARCUS B. SMITH
LITTLER MENDELSON, P.C.

Attorneys for Defendants
BELLAGIO, LLC and MGM RESORTS INTERNATIONAL

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800